**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **DYLAN M. TOMPKINS** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **BRIAN BROUSSARD** | § | |

<u>**DEFENDANT'S NOTICE OF REMOVAL**</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, **BRIAN BROUSSARD,** and files this Notice of Removal, and would respectfully show unto the Court as follows:

**I.**

**BRIAN BROUSSARD** is a Defendant in a civil action brought in the 136th Judicial District Court of Jefferson County, Texas, and entitled *Dylan M. Tompkins vs. Brian Broussard,* Cause No. 24DCCV1602. A copy of the Plaintiff's Original Petition in that action is attached hereto as Exhibit "A."

**II.**

Plaintiff's Original Petition for this cause of action was filed on August 28, 2024. Defendant was served with process on Tuesday, December 3, 2024. This Notice of Removal is filed with this Court within thirty days after service of Plaintiff's Original Petition on the removing party and in compliance with 28 U.S.C. §1446(b).

**III.**

Although in Plaintiff's Original Petition it is unclear exactly what causes of actions he is bring against Defendant, Plaintiff's Original Petition alleges the basis of jurisdiction being a "federal question" with jurisdiction of the Court under 28 U.S.C. §1331. The nature of this action is more

1

fully stated in Plaintiff's Original Petition, a copy of which is filed herewith and attached hereto as Exhibit "A."

IV.

This Court has original jurisdiction over the causes of action alleged by Plaintiffs pursuant to 28 U.S.C. §1331. Therefore, pursuant to the provisions of 28 U.S.C. §1441 *et. seq.*, this cause of action may be removed to the United States District Court for the Eastern District of Texas, Beaumont Division.

V.

Promptly after filing of this Notice of Removal, written notice thereof will be given to all parties, and a copy of this Notice will be filed with the 136th Judicial District Court, Jefferson County, Texas to effect the removal of such civil action to this Honorable Court as provided by law.

WHEREFORE, PREMISES CONSIDERED, Defendant, **BRIAN BROUSSARD,** pray that this Notice of Removal be accepted as good and sufficient, that the aforesaid Plaintiff's Original Petition be removed from State Court to this Honorable Court for determination as provided by law, and that this Court enter such orders and issue such process as may be proper to bring before it copies of all records and pleadings in such civil action from State Court, and thereupon proceed with this civil action as if it had been originally commenced in this Court.

**[SIGNATURES NEXT PAGE]**

2

Respectfully submitted,

**CALVERT EAVES CLARKE & STELLY, L.L.P.**
Beaumont Tower
2615 Calder Avenue, Suite 1070
Beaumont, Texas 77702
Phone:  (409) 832-8885
Fax:    (409) 832-8886

By: _____
Alex J. Stelly, Jr.
State Bar No. 00791728
astelly@calvert-eaves.com
F. Blair Clarke
State Bar No. 04316560
fbclarke@calvert-eaves.com

**ATTORNEY FOR DEFENDANT,**
**BRIAN BROUSSARD**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was served upon all known counsel of record in accordance with the Federal Rules of Civil Procedure on this the 27th day of December, 2024.

_____
Alex J. Stelly, Jr.

3