| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| DYLAN M. TOMPKINS, | § § § | |
| *Plaintiff*, | § § | |
| *versus* | § § | CIVIL ACTION NO. 1:24-CV-00532 |
| BRIAN BROUSSARD, | § § § | |
| *Defendant*. | § | |

## MEMORANDUM AND ORDER ADOPTING THE REPORT
## AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On April 14, 2025, the magistrate judge entered a Report and Recommendation (#11) in which she recommended dismissing this case without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff Dylan M. Tompkins's want of prosecution and failure to obey a court order. To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#11) is **ADOPTED**.  Plaintiff Dylan M. Tompkins's claims against Defendant Brian Broussard are **DISMISSED WITHOUT PREJUDICE**.

SIGNED at Beaumont, Texas, this 14th day of May, 2025.

                                              *Marcia A. Crone*
                                              MARCIA A. CRONE
                                              UNITED STATES DISTRICT JUDGE